UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO.  3:24-CR-00033-CHB-CHL-11
3:24-CR-00033-CHB-CHL-12

**UNITED STATES OF AMERICA,**                                                       **Plaintiff,**

v.

**DELRICO NELSON**                                                                     **Defendants.**
**ANTOYNE PENICK**

## ORDER

Before the Court are the affidavits submitted by learned counsel for Defendants Delrico Nelson and Antoyne Penick in accordance with the Court's August 8, 2025, Order (DN 270). (DNs 277, 280.) Based on the Court's review of the submitted affidavits, the Court finds that attorneys Catherine J. Kamenish and Jonathan S. Ricketts are qualified to serve as learned counsel for Defendants Penick and Nelson in light of their prior experience. Thus, the Court reaffirms its prior appointments (DN 270).

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

cc:     Counsel of record

        August 28, 2025